

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00240-CR

Dearion De'shon **DEWS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 7th District Court, Smith County, Texas
Trial Court No. 007-1089-11
Honorable Kerry L. Russell, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is MODIFIED to reflect court costs in the amount of $269.00 and the order to withdraw funds is MODIFIED to direct the withdrawal of funds from Appellant's inmate trust account in the amount of $10,269.00—consisting of a $10,000.00 fine and $269.00 in court costs. The judgment and the order to withdraw funds are AFFIRMED as MODIFIED.

SIGNED July 10, 2013.

_____
Patricia O. Alvarez, Justice